Russel Cipriano Aguilera  Attorney-888-215

Full Name/Prisoner Number

(1) Otero County Processing Center

26 McGregor Range Rd C6-38 Chaparral New Mexico 88081

410 College St. Central S.C. 29630

Complete Mailing Address

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

OCT 2 3 2009

MATTHEW J. DYKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CIV - 0 9 - 1 0 3 2 LH ACT

Civil Action No. _____

(To be supplied by the Court)

Russel Cipriano Aguilera

_____, Plaintiff(s),

Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

MTC, Otero Processing Center, Wardens

Terry & Frawer

_____, Defendant(s).

(Do not use *et al.*)


## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Russel C Aguilera _____ is a citizen of _____ MEXICO _____ who
   (Plaintiff)                                        (State)

presently resides at 26 McGregor Range Rd (C6-38) Chaparral New Mexico 88081
                      (mailing address or place of confinement)

2. Defendant WARDEN Terry _____ is a citizen of Unknown
   (name of first defendant)                             (State)

whose address is 26 McGregor Range Rd Chaparral New Mexico 88081,

and who is employed as Warden Otero County Processing Center. At the time the claim(s)

.5

alleged in this complaint arose, was this defendant acting under color of state law?

__✓__ Yes _____ No. If your answer is "Yes," briefly explain:

THEY DENIAL MY ARTHRITIS RHEMATODD MEDICATION AND ALSO I BEEN SUFFER FROM INFECTION ON MY RIGHT TOE FOUR 6 months BECAUSE THE MEDICINE MAN DO NOT MEDICATE ALSO THE MAIL ROOM VIOLATED MY MAIL THEY DENIAL (MY LEGAL MAIL FOR MY CASE ) AND I WAS STRIP SEARCHED BY DETENTION GUARDS AT OTERO PROCESSING CENTER

3. Defendant __WARDEN TRAW NER__ is a citizen of __Unknown__
   (name of second defendant)                          (State)

whose address is __96 McGREGOR RANGE Rd. CHAPARRAL New MEXICO 88081__

and who is employed as __WARDEN AT OTERO County Processing Center__. At the time the claim(s)
                        (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?

__✓__ Yes _____ No. If your answer is "Yes," briefly explain: THE MEDICAL DENIAL MY ARTHRITIS MEDICA-TION AND ALSO I BEEN SUFFER ON MY RIGT TOE, I HAVE INFECTION FOR 6 MONTHS I CATCH ON SHOWER ROOM AND ALSO THE MAIL ROOM DENIAL AND VIOLATED (MY LEGAL MAIL FOR MY CASE) AND I WAS STRIP SEARCHED BY DETENTION GUARDS AT OTERO PROCESSING CENTER

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)

__✓__ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).

_____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

BRIEFLY state the background of your case. ON 4/08/09 ME AND MY FELLOW —
DETAINER IN CHARLEY 6 DORM, WERE ILLEAGALLY STRIP SEARCHED, WHICH WAS
NOT A ROUTINE, IN ATMOSPHERE OF YELLING, SCREAMING, HUMILIATION &
TORTURE (THE A.C WAS TURNED ON full SPEED WHILE WE WERE NAKED)

## C.  CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

Claim I:   My 8TH AMENMENT RIGHTS WAS VIOLATED WHE ME AND THE OTHER DETAINERS WERE BROUGHT TO AN EMTY DORM ᴼᴿ ILLEGALY STRIP SEARCHED WHILE THEY TURNED THE A.C. AT FULL POWER (I HAVE NO MEDICAL TREATMENT FOR MY ARTHRITIS (REUMATHOLD) AND FEMALE OFFICER'S WHERE SCREAMING OUT ORDERS,

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)  ON APRIL 8TH 2009 THE DETENTION OFFICERS AT OTERO PROCESSING CENTER, WAKE EVERY BODY ON CHARLEY 6 (DETAINERS) AND ESCORTED US OUT OF CHARLEY 6 INTO DELTA 5 DORM, WHERE WE WERE THEN TOLD STRIP TO STRIP BY ABOUT 20 officers

Claim II:   WARDEN FRAWLER REPLYED TO A COMPLAINT I 60 FORM THE MY FELLOW DETAINERS SENT TO HIM "COMMEN FARE IS NOT REQUIRED TO BE COOKED ACCORDING TO ICE STANDARDS, HE IS VIOLATING THE ICE STANDARDS

Supporting Facts:

3

Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _____Yes __✓__No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

Plaintiff(s): _____N / A_____

Defendant(s): _____N / A_____

b.  Name and location of court and docket number _____

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)
_____N / A_____

d.  Issues raised: _____N / A_____

e.  Approximate date of filing lawsuit:_____N / A_____

f.  Approximate date of disposition: _____N / A_____

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  _____Yes __✓__No.

If your answer is "Yes," briefly describe how relief was sought and the results.

4

3. I have exhausted available administrative remedies. _____ Yes ____ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

   Plaintiff(s): _____ N / A _____

   Defendant(s): _____ N / A _____

b.  Name and location of court and docket number _____ N / A _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____ N / A _____

e.  Approximate date of disposition: _____ N / A _____

2.  Are you in imminent danger of serious physical injury? _____ Yes _____ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

5

G. REQUEST FOR RELIEF

I request the following relief:

I REQUEST MONETARY SUM OF $30,000,000 TO BE PAID TO ME

Prisoner's Original Signature

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at OTERO COUNTY PROCESSING CENTER 26 McGREGOR RANGE Rd. CHAPARRAL, NEW MEXICO 88081 on AUGUST 15, 2009.
           (location)                                                    (date)

RUSSEL C. AGUILERA
Prisoner's Original Signature

6

**Certificate of Service**

PLAINTIFF
(~~Defendant~~)

Russel Cipriano Aguilera

A# 088-898-218                                    **Detained**

Otero County Processing Center

26 Mc Gregor Range Rd, Chaparral,

NM, 88081

I hereby certify that a copy of the forgoing pleading/ document was
mailed to WARDENS: A.W FRAULNER AND TERRY _____ at
(MTC) OTERO PROCESSING CENTER) 26 MCGREGOR RANGE Rd. CHAPARRAL N.M 8P081
(opposing party or counsel) a true and complete statement in envelope,
postage paid and mailing it to

_____

(Address)

on   10 - 8 - 2009 _____

        (Date)


                            Russel C. Aguilera

                            (Signature)

3 6

RUSSEL CIPRIANO AGUILERA
A #088-898-218
26 McGREGOR RANGE ROAD
CHAPARRAL N. M. 88081

LEGAL
MAIL

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE
www.usps.com

bel 107. February 2006

RECEIVED
At Albuquerque NM

Oct 2 3 2009

MATTHEW J. DYKMAN
CLERK

7007 2680 0002 2744 1039

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES POSTAGE
$010.30°
02 1P
0004285178  OCT 20 2009
MAILED FROM ZIP CODE 88001
PITNEY BOWES

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
PETE V. DOMENICI UNITED STATES COURT
333 LOMAS BLVD. N.M. - SUIT
ALBUQUERQUE,  NEW MEXICO